IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLOWE BROWN,

    Petitioner,                      No. CIV S-07-0668 DFL EFB P

    vs.

FELKER, et al.,

    Respondents.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's June 7, 2007, request is granted and respondent has 20 days from the date this order is served to file and serve a response to the petition.

Dated: June 15, 2007.

                                                        EDMUND F. BRENNAN
                                                        UNITED STATES MAGISTRATE JUDGE